UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| *IN RE: SUBPOENA DUCES TECUM REGARDING SENTRY CASUALTY COMPANY* | § § § | Civil Action No.: 19-mc-3 |
|---|---|---|
| LEOCADIO DELGADO,<br>    Plaintiff,<br><br>v.<br><br>SOUTHERN TIRE MART, LLC,<br>    Defendant. | § § § § § § § § | Civil Action No.: SA-16-cv-01137-FB<br>USDC, Western District of Texas<br>San Antonio Division |

## RULING ON SENTRY'S MOTION TO QUASH

On January 21, 2019, the U.S. District Court for the Western District of Texas, San Antonio Division, issued a subpoena in Case No. SA-16-cv-01137-FB, requiring movant Sentry Casualty Company, to produce the documents specified in Exh. A to the subpoena.

On February 5, 2019, Sentry filed a motion to quash the Rule 45 subpoena issued out of the Western District of Texas, San Antonio Division, for which compliance was sought in the Western District of Wisconsin [Dkt. 1].

Sentry and Delgado have advised the court of the resolution of their dispute and now request an agreed discovery order. Noting the agreement of counsel and the scope of discovery established by Fed. R. Civ. P. 26(b) and by Rule 45, the Court enters the following:

### ORDER

IT IS ORDERED that:

1. Movant Sentry Casualty Company's Motion to Quash is GRANTED, with respect to the Sentry claim files notes;

2. Sentry's motion is MOOT as to the following items which Sentry has agreed to produce:

a. A spreadsheet entitled "Employee Payroll History Reports";

b. Medical records regarding plaintiff Delgado from the Joint Base San Antonio Medical Facility;

c. Workers' compensation administrative notices, filings, and correspondence.

Each side will bear its own costs.

Entered this 14th day of February, 2019.

BY THE COURT:

~~STEPHEN L. CROCKER~~ PETER OPPENEER
Magistrate Judge